# United States District Court
## Central District of California

UNITED STATES OF AMERICA vs.

Defendant's Name: Heidi Fleiss
& Residence: Heidi Lynne Fleiss T/N
Address: 235 Main St., Unit 316
Venice, CA

Docket No. CR - 94-603 CBM
Social Security No. 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
Mailing Address: RECEIVED FISCAL RESIDENCE
CLERK, U.S. DISTRICT COURT

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

MONTH DAY YEAR
Jan. 7, 1997

**COUNSEL**
[ ] WITHOUT COUNSEL — However, the Court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the Court, and the defendant thereupon waived assistance of counsel.
[x] WITH COUNSEL — Donald Marks and Anthony Brooklier, retained
(Name of Counsel)

**PLEA**
[ ] GUILTY, and the Court being satisfied that there is a factual basis for the plea. [ ] NOLO CONTENDERE [x] NOT GUILTY

**FINDING**
There being a finding/verdict of [x] GUILTY, defendant has been convicted as charged of the offense(s) of:

Conspiracy (Count 1) 18 USC 371; False Statements on an Income Tax Return (Count 8) 26 USC 7206(1); Money Laundering (Counts 8-14) 18 USC 1956(a)(1)

**JUDGMENT AND PROB./COMMITMENT ORDER**

The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of: Thirty Seven (37) Months, as to each of Counts 1 and 8-14 of the Redacted Indictment, to commence and run concurrently, one with the other.
Upon release from imprisonment, the defendant shall be placed on supervised release for a term of Three (3) Years on each of Counts 1 and 9-14, and One (1) Year on Count 8, all such terms to commence and run concurrently, one with the other, upon the following terms and conditions: (1) comply with the rules and regulations of the U. S. Probation Office and General Order 318; (2) the defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs and alcohol, and abusing prescription medications during the period of supervision 3. if the amount of any mandatory assessment imposed by this Judgment remains unpaid at the commencement of the term of community supervision, the defendant shall pay such remainder as directed by the Probation Officer; (4) as directed by the Probation Office. the defendant shall provide to the Probation Officer an accurate financial statement, with supporting documentation, as to all sources and amounts of income and all expenses of the defendant. In addition, the defendant shall provide federal and state income tax returns as requested by the Probation Officer; (5) the defendant shall truthfully and timely file and pay taxes owed for the years of convictions and shall truthfully and timely file and pay taxes during the period of community supervision. Further,

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

[ ] This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed By: [x] U.S. District Judge _____ [ ] U.S. Magistrate Judge _____
CONSUELO B. MARSHALL

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

SHERRI R. CARTER, CLERK
FRANK E. GOODROE, CLERK
XXXXXXXXXXXXXXXXXXXXXXXXXX

Dated/Filed 1/13/97 By _____ Deputy Clerk

AO-245-A (01/90)

# United States District Court
## Central District of California

UNITED STATES OF AMERICA

vs

Heidi Fleiss

Docket No. CR - CR94-603 CBM

Date January 7, 1997

## JUDGMENT AND PROBATION/COMMITMENT ORDER

ENTERED

Continued from Page 1

the defendant shall show proof to the Probation Officer of compliance with this order; and (6) the defendant shall not associate with known prostitutes, engage in pandering, or be employed by anyone engaged in pandering; and (7) the defendant shall perform 300 hours of community service as approved by the Probation Officer.

Pursuant to Section 5E1.2(f) of the Guidelines, all fines are waived, including the costs of imprisonment and supervision, as it is found that the defendant does not have the ability to pay both a fine and her outstanding tax liabilities.

It is further ordered that the defendant shall pay to the United States a special assessment of $400.

It is further adjudged as to Count 15 of the Redacted Indictment that the defendant forfeit $375,187.26, which are the proceeds from the sale of the Tower Grove Property, $120,000, $50,000 and $7,618.38 in U. S. Currency, which where deposited in three bank accounts.

It is further ordered that the defendant shall receive credit for time served.

The defendant was advised of her right to appeal.

THE COURT RECOMMENDS that the defendant be designated to FPC Bryan, Texas.

Signed By: [X] U.S. District Judge CONSUELO B. MARSHALL   [ ] U.S. Magistrate

SHERRI R. CARTER, CLERK
~~FRANK E. GOODROE, CLERK~~

Dated/Filed 1/13/97

By _____ Deputy Clerk

AO-245-B (01/90)

Page Two of Two Pages