UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs<br><br>HEIDI FLEISS,<br><br>                Defendant. | CASE NO: CR-94-603-CBM<br><br>JUDGMENT REVOKING<br>SUPERVISED RELEASE<br>AND COMMITMENT ORDER |

    WHEREAS, on April 9, 2001, came the attorney for the Government, Alejandro Mayorkas and the defendant appeared in person with retained counsel, Anthony Brooklier; and the defendant admitted the allegations, as stated in the Petitions on Probation and Supervised Release filed March 7, and March 28, 2001.

    WHEREAS, on April 9, 2001, the defendant admitted the violations and the Court finds that the defendant violated the conditions of the Supervised Release order imposed on January 7, 1997, (copies attached).

    IT IS ADJUDGED, upon the findings of the Court, supervised release is hereby revoked and the defendant is committed to the custody of the Bureau of Prisons for a period of time served. Upon release, the defendant is hereby reinstated on supervised release for a term of 24 months, on the following conditions:

    (1) Participate in a psychiatric or psychological counseling or treatment program, as instructed by the Probation Officer, until discharged from the program by the program director, with the approval of the Probation Officer;

    (2) Participate in a program of home detention, with or without electronic monitoring, as directed by the Probation Officer, for a period of six months. The defendant shall comply with the rules and regulations of the home confinement program, and shall not leave her residence except for employment and substance abuse treatment, as authorized by the Probation Officer, and shall remain confined to her residence from 8:00 p.m. Friday evening until no earlier than 4:00 a.m. Monday morning;



UNITED STATES OF AMERICA   vs   HEIDI FLEISS                    PAGE 2
CASE NO. 94-603-CBM

(3) Submit to search of her person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner by the Probation Officer, with the assistance of the U.S. Marshals Service;

(4) Not use prescription pain relievers without the express written approval of the Probation Officer, in consultation with the defendant's physician;

(5) Participate in self-help meetings, such as Narcotics Anonymous or Alcoholics Anonymous, as directed by the Probation Officer; and (6) At the discretion of the U.S. Probation Officer, the defendant shall reside at and participate in a drug treatment program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug dependency, which may include counseling and testing to determine if the defendant has reverted to the use of drugs or alcohol, until discharged by the program director and the Probation Officer.

All previously imposed terms and conditions are reimposed as stated in the judgment of January 7, 1997 (copy attached), except community service, which is waived due to the added requirements of treatment.

IT IS FURTHER ORDERED that the Clerk deliver a certified copy of this judgment modifying supervised release to the U.S. Marshal and the U.S. Probation Office.

DATE: 4/12/01

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

FILED:
SHERRI R. CARTER, CLERK
by Steve Montes
    Deputy Clerk

United States District Court
Central District of California

PO

UNITED STATES OF AMERICA vs.

Defendant's Name __Heidi Fleiss__

Residence __Heidi Lynne Fleiss T/N__

Address __235 Main St., Unit 316__
__Venice, CA__

Docket No. CR - 94-603 CBM

Social Security No __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__

Mailing Address __SEE RESIDENCE__

**FILE COPY**

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government the defendant appeared in person on this date __Jan. 7, 1997__

| | | |
|---|---|---|
| COUNSEL | ___ WITHOUT COUNSEL | However, the Court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel |
| | X WITH COUNSEL | __Donald Marks and Anthony Brooklier, retained__ |
| PLEA | ___ GUILTY, and the Court being satisfied that there is a factual basis for the plea  ___ NOLO CONTENDERE  X NOT GUILTY | |
| FINDING | There being a finding verdict of  X GUILTY, defendant has been convicted as charged of the offense(s) of | |

Conspiracy (Count 1) 18 USC 371; False Statements on an Income Tax Return (Count 8) 26 USC 7206(1); Money Laundering (Counts 8-14) 18 USC 1956(a)(1)

**JUDGMENT AND PROB./ COMMITMENT ORDER**

The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and orders that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of __Thirty Seven (37) Months, as to each of Counts 1 and 8-14 of the Redacted Indictment, to commence and run concurrently, one with the other.__
Upon release from imprisonment, the defendant shall be placed on supervised release for a term of Three (3) Years on each of Counts 1 and 9-14, and One (1) Year on Count 8, all such terms to commence and run concurrently, one with the other, upon the following terms and conditions: (1) comply with the rules and regulations of the U. S. Probation Office and General Order 318; (2) the defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs and alcohol, and abusing prescription medications during the period of supervision 3. if the amount of any mandatory assessment imposed by this Judgment remains unpaid at the commencement of the term of community supervision, the defendant shall pay such remainder as directed by the Probation Officer; (4) as directed by the Probation Officer the defendant shall provide to the Probation Officer an accurate financial statement, with supporting documentation, as to all sources and amounts of income and all expenses of the defendant. In addition, the defendant shall provide federal and state income tax returns as requested by the Probation Officer; (5) the defendant shall truthfully and timely file and pay taxes owed for the years of conviction; and shall truthfully and timely file and pay taxes during the period of community supervision. Further,

In addition to the special conditions of supervision imposed above it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision reduce or extend the period of supervision and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period

___ This is a direct commitment to the Bureau of Prisons and the Court has NO OBJECTION should the Bureau of Prisons designate defendant ___ to a Community Corrections Center.

Signed By, X U S District Judge _____  ___ U S Magistrate Judge _____

CONSUELO B. MARSHALL

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation Commitment Order to the U S Marshal or other qualified officer

Date Filed __1/13/97__

SHERRI R. CARTER, CLERK
~~FRANK E. GOODROE, CLERK~~
~~XXXXXXXXXXXXXXXXXXXXXXXX~~

By _____
Deputy Clerk

United States District Court
Central District of California

UNITED STATES OF AMERICA

vs

Heidi Fleiss

Docket No. CR - CR94-603 CBM

Date January 7, 1997

## JUDGMENT AND PROBATION/COMMITMENT ORDER

Continued from Page 1

the defendant shall show proof to the Probation Officer of compliance with this order; and (6) the defendant shall not associate with known prostitutes, engage in pandering, or be employed by anyone engaged in pandering; and (7) the defendant shall perform 300 hours of community service as approved by the Probation Officer.

Pursuant to Section 5E1.2(f) of the Guidelines, all fines are waived, including the costs of imprisonment and supervision, as it is found that the defendant does not have the ability to pay both a fine and her outstanding tax liabilities.

It is further ordered that the defendant shall pay to the United States a special assessment of $400.

It is further adjudged as to Count 15 of the Redacted Indictment that the defendant forfeit $375,187.26, which are the proceeds from the sale of the Tower Grove Property, $120,000, $50,000 and $7,618.38 in U. S. Currency, which where deposited in three bank accounts.

It is further ordered that the defendant shall receive credit for time served.

The defendant was advised of her right to appeal.

THE COURT RECOMMENDS that the defendant be designated to FPC Bryan, Texas.

Signed By: X U.S. District Judge CONSUELO B. MARSHALL     U.S. Magistrate

Dated/Filed 1/13/97

SHERRI R. CARTER, CLERK
~~FRANK G. GOODROE, CLERK~~

By ___ Deputy Clerk