DONALD B. MARKS, SBN 43538
ANTHONY P. BROOKLIER, SBN 50198
MARKS & BROOKLIER
10100 Santa Monica Blvd. Suite 800
Los Angeles, California 90067
Telephone: 310-772-2287
Facsimile: 310-772-2286

Attorneys for Defendant
HEIDI L. FLEISS

FILED
CLERK, U.S DISTRICT COURT
FILED
DEC 2 4 2002
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HEIDI L. FLEISS,<br><br>　　　　Defendant. | CASE NO. CR 94-603 CBM<br><br>STIPULATION TO TRAVEL VIA PRIVATE JET TO MIAMI, ST. MAARTEEN, ST. BARTHOLOMEW AND COSTA RICA; [PROPOSED] ORDER |

　　IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, that Heidi L. Fleiss, subject to the approval of Pre-trial Services, be allowed to travel via private jet to Miami, St. Maarteen, St. Bartholomew and Costa Rica for the Christmas and New Years' holidays with friends. All travel to be approved prior to travel with the Pretrial Services.

　　Defendant, Heidi L. Fleiss is scheduled to depart Van Nuys, California on December 25, 2002 in route to Miami. On December 26, 2002, Ms. Fleiss will travel to and stay in St. Bartholomew until January 4, 2003. Ms. Fleiss will then travel back to St. Maarteen, then to Costa Rica and returning back to Van Nuys, California on January 10, 2003.

ENTER ON ICMS
12-26-02
DEC 2 6 2002

cc: PSA LA

1

375

Douglas Bys, pretrial services officer has no objection to Ms. Fleiss' trip to Miami, St. Maarteen, St. Bartholomew and Costa Rica.

DATED: December 20, 2002

                          Respectfully submitted,

                          MARKS & BROOKLIER

                          DONALD B. MARKS
                          ANTHONY P. BROOKLIER
                          Attorneys for Defendant
                          HEIDI L. FLEISS

DATED: December __, 2002

                          _____
                          Assistant United States Attorney

2

Douglas Bys, pretrial services officer has no objection to Ms. Fleiss' trip to Miami, St. Maarteen, St. Bartholomew and Costa Rica.

DATED: December 20, 2002

Respectfully submitted,

MARKS & BROOKLIER

DONALD M. MARKS
ANTHONY P. BROOKLIER
Attorneys for Defendant
HEIDI L. FLEISS

DATED: December 20, 2002

Assistant United States Attorney
Scott M. Garringer

2

[PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that defendant, Heidi L. Fleiss, be allowed to travel via private jet to Miami, St. Maarteen, St. Bartholomew and Costa Rica for the Christmas and New Years' holidays with friends, subject to prior approval by Pretrial Services.

Defendant, Heidi L. Fleiss is scheduled to depart Van Nuys, California on December 25, 2002 in route to Miami. On December 26, 2002, Ms. Fleiss will travel to and stay in St. Bartholomew until January 4, 2003. Ms. Fleiss will then travel back to St. Maarteen, then on to Costa Rica and returning back to Van Nuys, California on January 10, 2003.

DATED: 12/24/02

*[signature]*
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT COURT

3

|   |   |
|---|---|
| 1 | <u>PROOF OF SERVICE</u> |

STATE OF CALIFORNIA   )

COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd. Suite 800, Los Angeles, California 90067.

On December 20, 2002, I served the foregoing document described as **STIPULATION TO TRAVEL VIA PRIVATE JET TO MIAMI, ST MAARTEEN, ST BARTHOLOMEW AND COSTA RICA AND PROPOSED ORDER** on all parties in this action by placing the true copies thereof enclosed in a sealed envelope addressed as stated on the attached mailing list.

✓ BY MAIL
I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully paid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___ BY PERSONAL SERVICE
I caused such envelope to be delivered by hand to the offices of the addressee.

___ BY FAX
I caused such document to be transmitted via fax to the offices of the addressee.

___ STATE    I declare, under penalty of perjury, under the laws of the State of California that the above is true and correct.

✓ FEDERAL   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED on December 20, 2002, at Los Angeles, California.

HAROLD E. FRAZIER, JR.

4

| | |
|---|---|
| 1 | LIST OF PARTIES SERVED |
| 2 | |
| 3 | |
| 4 | Assistant U.S. Attorney<br>312 North Spring Street<br>11th Floor |
| 5 | Los Angeles, California 90012 |
| 6 | Douglas Bys<br>U.S. Probation Officer |
| 7 | U.S. Probation Office<br>11827 Ventura Blvd., Suite 100 |
| 8 | Studio City, California 91604 |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |