CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTE ORDER - GENERAL

Case No.  CR94-603 CBM                                Date: Mar. 21, 2003

================================================================================
PRESENT:
    HONORABLE    CONSUELO B. MARSHALL    , CHIEF JUDGE

    Joseph M. Levario          n/a              n/a
    Courtroom Deputy Clerk    Court Reporter    Asst. U. S. Attorneys
    FAX(213)894-0045

================================================================================
U.S.A. -v- DEFENDANT                               ATTORNEYS FOR DEFENDANT

(1) Heidi Fleiss                                   n/a
    Not present


Proceedings: Status Conference


On the Court's own motion, this case is set for a Status Conference on
Monday, April 7, 2003 at 1:30 P. M.


Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

ENTER ON ICMS
MAR 2 1 2003

(376)

Initials of Deputy Clerk